BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-___ – *In re Hotel TVPRA Litigation*

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Jane Doe (A.M.L.)<br>**Defendants:**<br>Wyndham Hotels & Resorts; Patsiko, Inc.; Days Inn Worldwide, Inc.; Wyndham Hotel Group, LLC; Sunstone Anaheim Owner, LLC (Terminated 11/07/2023) | C.D. California (Southern) | 8:23-cv-01554 | Judge James V. Selna<br><br>Magistrate Judge John D. Early |
| **Plaintiff:**<br>J.M.<br>**Defendants:**<br>Red Roof Inns, Inc.; Choice Hotels International, Inc. (Terminated 2/28/2023) | E.D. California (Sacramento) | 2:22-cv-672 | Chief District Judge Kimberly J. Mueller<br><br>Magistrate Judge Jeremy D. Peterson |
| **Plaintiffs:**<br>W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H.<br>**Defendants:**<br>Red Roof Inns, Inc.; FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI West Management, LLC; RRI III, LLC; Westmont Hospitality Group, Inc. (Terminated 9/14/2023); Varahi Hotel, LLC (Terminated 8/29/2023) | N.D. Georgia (Atlanta) | 1:20-cv-05263 | Judge Victoria M. Calvert |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Jane Doe 1 (Terminated 9/28/2023), Jane Doe 2, Jane Doe 3, Jane Doe 4, Carolyn Levy Gilliam, as Administrator of the Estate of Jane Doe 1<br>**Defendants:**<br>Red Roof Inns, Inc.; FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI West Management, LLC; RRI III, LLC; Westmont Hospitality Group, Inc. (Terminated 8/21/2023); Varahi Hotel, LLC (Terminated 8/31/2023) | N.D. Georgia (Atlanta) | 1:21-cv-04278 | Judge William M. Ray, II |
| **Plaintiff:**<br>T.S.<br>**Defendants:**<br>Wyndham Hotels & Resorts, Inc. f/k/a Wyndham Worldwide Corporation d/b/a Super 8 Hotel; Sarah Hospitality, Inc. d/b/a Super 8 Brooklyn Center; Wyndham Hotel Group, LLC; Super 8 Worldwide, Inc. | D. Minnesota | 0:23-cv-02530 | Chief Judge Patrick J. Schiltz<br><br>Magistrate Judge Elizabeth Cowan Wright |
| **Plaintiff:**<br>A.F.<br>**Defendant:**<br>G6 Hospitality, LLC | D. New Mexico (Albuquerque) | 1:23-cv-00879 | Magistrate Judge Kirtan Khalsa<br><br>Chief Magistrate Judge Gregory B. Wormuth |
| **Plaintiff:**<br>J.C.<br>**Defendant:**<br>G6 Hospitality LLC | N.D. Ohio (Eastern) | 1:23-cv-00867 | Judge Christopher A. Boyko |

| | | | |
|---|---|---|---|
| **Plaintiff:** S.C. **Intervenors:** Erie Insurance Co. (Terminated 8/1/2023); Liberty Mutual Fire Insurance Company (Terminated 10/10/2023) **Defendants:** Wyndham Hotels and Resorts, Inc.; Days Inn Worldwide, Inc.; Choice Hotels International, Inc.; Six Continents Hotels, Inc.; Holiday Hospitality Franchising, LLC; Crowne Plaza, LLC; Red Roof Inns, Inc.; Red Roof Franchising, LLC | N.D. Ohio (Eastern) | 1:23-cv-00871 | Judge James S. Gwin |
| **Plaintiff:** R.C. **Intervenor:** Erie Insurance Company **Defendants:** Choice Hotels International, Inc.; Six Continents Hotels, Inc.; Holiday Hospitality Franchising, LLC | N.D. Ohio (Eastern) | 5:23-cv-00872 | Judge James S. Gwin |
| **Plaintiff:** T.P. **Intervenors:** (Terminated 9/5/2023) Erie Insurance Exchange; Liberty Mutual Fire Insurance Company **Defendants:** Wyndham Hotels & Resorts, Inc.; Red Roof Inns, Inc.; Best Western International, Inc.; American Hotel and Lodging Association (Terminated 6/6/2022); Ohio Hotel and Lodging Association (Terminated 4/27/2022) **Third Party Plaintiff:** Best Western International, Inc. **Third Party Defendants:** Columbus Hotel, Inc. d/b/a Best Western North; 888 Dublin Investment, LLC d/b/a Best Western North f/k/a Neuman Investment, LLC | S.D. Ohio (Eastern) | 2:21-cv-4933 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>A.W.<br>**Intervenors:**<br>Midwest Family Mutual Insurance Company (Terminated 12/12/2022); Erie Insurance Exchange (Terminated 12/12/2022); United Specialty Insurance Company (Terminated 8/08/2023); Liberty Mutual Fire Insurance Company (Terminated 3/28/2023)<br>**Defendants:**<br>Best Western International, Inc.; G6 Hospitality, LLC; G6 Hospitality Franchising, LLC; Red Roof Inns, Inc. (Terminated 4/7/2023); Ohio Hotel and Lodging Association (Terminated 4/27/2022); American Hotel and Lodging Association (Terminated 6/6/2022)<br>**Third Party Plaintiffs:**<br>Best Western International, Inc; Red Roof Inns, Inc. (Terminated 4/7/2023)<br>**Third Party Defendants:**<br>Columbus Hotel, Inc. d/b/a Best Western North; 888 Dublin Investment, LLC d/b/a Best Western North f/k/a Neuman Investment, LLC; Biloxi Hospitality (Terminated 6/5/2023); Motel 6 Operating L.P. (Terminated 6/5/2023) | S.D. Ohio (Eastern) | 2:21-cv-04934 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>A.R.<br>**Defendants:**<br>Wyndham Hotels & Resorts, Inc.; G6 Hospitality, LLC (Terminated 1/27/2022); Ohio Hotel and Lodging Association (Terminated 4/27/2022); American Hotel and Lodging Association (Terminated 6/6/2022) | S.D. Ohio (Eastern) | 2:21-cv-04935 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff:** L.G. **Intervenor:** (Terminated 11/28/2023) Liberty Mutual Fire Insurance Company **Defendants:** Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-1924 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:** G.P. **Intervenors**: Cincinnati Insurance Company (Terminated 5/9/2023); Liberty Mutual Fire Insurance Company (Terminated 11/28/2023) **Defendants:** Wyndham Hotels & Resorts, Inc.; Red Roof Inns Inc.; Red Roof Franchising, LLC; Super 8 Worldwide, Inc.; Travelodge Hotels, Inc. | S.D. Ohio (Eastern) | 2:22-cv-2682 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:** T.E. **Intervenors:** Liberty Mutual Fire Insurance Company (Terminated 11/28/2023)**;** Cincinnati Insurance Company (Terminated 8/28/2023) **Defendants:** Wyndham Hotels & Resorts, Inc.; Red Roof Franchising, LLC; Red Roof Inns, Inc. **Third Party Plaintiffs:** Red Roof Franchising, LLC; Red Roof Inns, Inc. **Third Party Defendant:** AP Hotels, LLC | S.D. Ohio (Eastern) | 2:22-cv-3185 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff**:<br>B.D.G.<br>**Defendant**:<br>Choice Hotels International, Inc. | S.D. Ohio (Eastern) | 2:22-cv-3202 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff**:<br>A.K.W.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants**:<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3256 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>M.H.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3258 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>H.C.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3416 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>G.G.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendant:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3766 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff:** A.Y.S. **Defendants:** Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3767 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff**: A.Y. **Intervenor**: (Terminated 11/28/2023) Liberty Mutual Fire Insurance Company **Defendants**: Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3768 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:** K.L. **Intervenor:** (Terminated 11/28/2023) Liberty Mutual Fire Insurance Company **Defendants:** Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3769 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:** R.C.C. **Intervenor:** (Terminated 11/28/2023) Liberty Mutual Fire Insurance Company **Defendants:** Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3770 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:** N.B. **Intervenor:** (Terminated 11/28/2023) Liberty Mutual Fire Insurance Company **Defendants:** Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3771 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff**:<br>C.B.<br>**Intervenor**: (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants**:<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-03772 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>K.R.L.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3773 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>R.H.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3774 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>J.B.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3776 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>H.S.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3778 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>R.K.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3782 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>R.Z.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3784 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff**:<br>D.K.<br>**Intervenor**: (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants**:<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-03786 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>K.D.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3787 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>G.M.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Choice Hotels International, Inc.; Wyndham Hotels & Resorts, Inc.; Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3788 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff**:<br>A.M.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants**:<br>Wyndham Hotels & Resorts, Inc.; Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3797 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff**:<br>C.C.<br>**Defendants**:<br>Wyndham Hotel & Resorts, Inc.; Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-03799 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>E.C.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company | S.D. Ohio (Eastern) | 2:22-cv-3811 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Defendants:**<br>Choice Hotels International, Inc.; G6 Hospitality, LLC; Red Roof Inns, Inc.; Red Roof Franchising, LLC | | | |
| **Plaintiff:**<br>T.D.P<br>**Defendant:**<br>Choice Hotels International, Inc. | S.D. Ohio (Eastern) | 2:22-cv-3837 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>K.F.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Choice Hotels International, Inc.; Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3839 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>D.T.<br>**Intervenor:** (Terminated 11/28/2023)<br>Liberty Mutual Fire Insurance Company<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3844 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:**<br>K.W.<br>**Defendants:**<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3845 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers |

| | | | |
|---|---|---|---|
| **Plaintiff**: A.S. **Intervenor:** (Terminated 11/28/2023) Liberty Mutual Fire Insurance Company **Defendants**: Red Roof Inns, Inc.; Red Roof Franchising, LLC | S.D. Ohio (Eastern) | 2:22-cv-3846 | Chief Judge Algenon L. Marbley Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:** S.R. **Intervenor:** Erie Insurance Exchange **Defendants:** Wyndham Hotels & Resorts, Inc.; Six Continents Hotels, Inc.; Holiday Hospitality Franchising, LLC; Crowne Plaza, LLC; G6 Hospitality, LLC | S.D. Ohio (Eastern) | 2:23-cv-1731 | Chief Judge Algenon L. Marbley Magistrate Judge Elizabeth Preston Deavers |
| **Plaintiff:** Jane Doe (R.A.) **Defendants:** Best Western International, Inc.; Janaki Inc.; Alliance Hospitality, Inc.; Witness Investment, LLC; Extended Stay America, Inc.; ESA P Portfolio LLC; ESH Hospitality, Inc. | S.D. Ohio (Eastern) | 2:23-cv-03459 | Judge Michael H. Watson Magistrate Judge Chelsey M. Vascura |
| **Plaintiff:** Jane Doe (A.M.G.) **Defendants:** Red Roof Inns, Inc.; RRF Holding Company, LLC; Red Roof Franchising, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI II LLC; FMW RRI OPCO LLC; Global Corporation; | S.D. Ohio (Eastern) | 2:23-cv-04195 | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |
| **Plaintiff:** Jane Doe (D.E.G.) **Defendants:** Red Roof Inns, Inc.; RRF Holding Company, LLC; Red Roof | S.D. Ohio (Eastern) | 2:23-cv-04256 | Judge Sarah D. Morrison Magistrate Judge Chelsey M. Vascura |

| | | | |
|---|---|---|---|
| Franchising, LLC; RRI WEST MANAGEMENT, LLC; Motel 6 Operating, LP; G6 Hospitality, LLC | | | |
| **Plaintiff:** Jane Doe (C.M.G.) **Defendants:** Red Roof Inns, Inc.; RRF Holding Company, LLC; Red Roof Franchising, LLC; RRI WEST MANAGEMENT, LLC; R-Roof V, LLC; RRI, LLC; RRI III, LLC; RRI OPCO, LLC | S.D. Ohio (Eastern) | 2:23-cv-04258 | Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |
| **Plaintiff:** A.B. **Defendants**: Wyndham Hotel & Resorts, Inc.; OM SRI SA, Inc. | E.D. Pennsylvania | 2:23-cv-3902 | Judge Kelley Brisbon Hodge |
| **Plaintiff:** N.J. **Defendants:** G6 HOSPITALITY PROPERTY LLC d/b/a Motel 6-Charleston North; G6 HOSPITALITY PROPERTY LLC d/b/a Motel 6 Columbia | D. South Carolina (Charleston) | 2:22-cv-3180 | Judge Bruce Howe Hendricks |
| **Plaintiff:** Jane Doe (IES) **Defendants:** G6 Hospitality LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, L.P.; Sonsvic LLC | E.D. Texas (Beaumont) | 1:23-cv-00464 | Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe (A.S.) **Defendant:** Wyndham Hotel & Resorts, Inc. | S.D. Texas (Houston) | 4:23-cv-01969 | Judge Kenneth M Hoyt |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Jane Doe (S.A.S.)<br>**Defendants:**<br>ESA P Portfolio LLC a/k/a Crossland Tacoma/Hosmer Hotel; Hilton Franchise Holding LLC; Park Hotels & Resorts Inc; Hilton Domestic Operating Company Inc; Hilton Worldwide Holdings Inc; Hilton Management LLC d/b/a Hilton; Hilton Resorts Corporation; RLH Partnership LP; HLT Operate DTWC LLC; Red Lion Hotels Corporation a/k/a Doubletree Hotels Seattle Airport | W.D. Washington (Tacoma) | 3:23-cv-6038 | District Judge Tiffany M. Cartwright |