BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re:  Hotel Industry Sex Trafficking Litigation II                    MDL Docket No. 3104

**NOTICE OF WITHDRAWAL OF PLEADING 131 - PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF TEXAS (BEAUMONT DIVISION) PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Counsel for Plaintiffs, Bryan O. Blevins, Jr. wishes to withdraw pleading 131, Plaintiffs' Reply In Support Of Their Motion For Transfer Of Actions To The Eastern District Of Texas (Beaumont Division) Pursuant To 28 U.S.C. § 1407 For Consolidated Pretrial Proceedings.

**Dated:**  This 23rd day of February 2024

                                         /s/ Bryan O. Blevins, Jr.
Bryan O. Blevins, Jr
Provost ✻ Umphrey Law Firm, L.L.P.
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Texas Bar No.:  02487300
Telephone:  409-838-8858
Facsimile:  409-813-8610
bblevins@pulf.com

*Attorney for the Plaintiffs*