**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: Hotel Industry Sex Trafficking Litigation II      MDL Docket No. 3104

**B.W. AND N.J.'s OPPOSITION TO AN MDL FOR G6 HOSPITALITY**

B.W. and N.J. oppose centralization of cases involving Defendant G6 Hospitality, LLC for the same reasons they oppose centralization generally: (i) consolidation will not be efficient or convenient because the B.W. and N.J. did not file franchisor "parent company" claims, (ii) consolidation will not be efficient or convenient because B.W. is primarily proceeding on state law theories, (iii) consolidation is neither fair nor just to victims and local communities, and (iv) many arguments in support of consolidation are inaccurate or irrelevant. B.W. and N.J. therefore incorporate their briefing opposing centralization generally. *See* Doc. 59.

**B.W. has an additional reason to oppose centralization though:** the Eleventh circuit (where B.W.'s claim is pending) has again spoken to the validity of the legal theory that movants seek to recover under and has again rejected that legal theory. *See* Ex.1, *K.H. v. Riti,* No.23-11682 (11th Cir. February 9, 2024).[1] Because B.W. is not filing a franchisor "parent company" claim, B.W. is not proceeding under this legal theory, but movants certainly are, and so the discovery movants seek is mostly irrelevant to B.W.

Specifically, in *K.H. v. Riti,* Court instructed that "while the franchisors managed and were inextricably connected to the renting of rooms, financially benefited from renting those rooms to traffickers, and trained the managed who served as police lookouts, [] these allegations [are] insufficient to allege a common sex trafficking undertaking or enterprise." *Id*. at*8. The Court "similarly found insufficient the allegations that the franchisors investigated the hotels and read

---

[1] It should be noted that *K.H. v. Riti* is an unpublished and therefore non-binding opinion.

1

online reviews describing prostitution and crime at the hotels" because "observing something is not the same as participating in it." *Id*. at *8.

These are the exact type of allegations that the movants are making against G6 Hospitality and the other Defendants.  They are wholly different from the allegations that N.J. and B.W. are making though – because N.J. and B.W.'s allegations involve Defendant G6 Hospitality employee actions at the hotel to aid the traffickers.

And a G6 Hospitality MDL would do no good to those bringing operator claims like N.J. and B.W.

## CONCLUSION

The panel should deny consolidation in full.  Alternatively, the panel should narrow consolidation to avoid any lawsuit against a hotel operator – even if the hotel operator also happens to be a Defendant in an MDL.  At minimum, any MDL should be in the Northern District of Georgia.

**Dated:** This 14th day of February, 2024.

*/s/ Matthew B. Stoddard, Esq.*
Matthew B. Stoddard, Esq.
Ga Bar No. 558215
THE STODDARD FIRM
1534 N Decatur Road NE
Atlanta, GA 30307
Tel: 470-467-2200
Fax: 470-467-1300
matt@legalhelpga.com

**Attorney for B.W. and N.J.**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 14, 2024, I filed the above document through the CM.ECF system, constituting electronic service upon all parties listed on the case service list. I was further sent copies as follows:

**Attorneys for Defendant G6 Hospitality:**
**HOOD LAW FIRM, LLC**
James B. Hood
Federal Bar No. 9130
E-Mail: james.hood@hoodlaw.com
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435/Fax: (843) 722-1630

**DLA Piper LLP (US)**
Angela C. Agrusa *(pro hac vice forthcoming)*
angela.agrusa@us.dlapiper.com
Ellen E. Dew *(pro hac vice forthcoming)*
ellen.dew@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
P: 310.595.3000/F: 310.595.3300

**Dated:** This 14th day of February, 2024.

*/s/ Matthew B. Stoddard, Esq.*
Matthew B. Stoddard, Esq.
Ga Bar No. 558215
THE STODDARD FIRM
1534 N Decatur Road NE
Atlanta, GA 30307
Tel: 470-467-2200
Fax: 470-467-1300
matt@legalhelpga.com

***Attorney for the B.W. and N.J.***

3