**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  HOTEL INDUSTRY SEX TRAFFICKING LITIGATION II | MDL No. 3104 |

**RESPONSE OF RED ROOF DEFENDANTS IN OPPOSITION TO PLAINTIFFS'
MOTION FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF TEXAS
(BEAUMONT DIVISION) PURSUANT TO 28 U.S.C. § 1407 FOR
CONSOLIDATED PRETRIAL PROCEEDINGS**

Given that over 17 briefs have already been filed in this matter—the vast majority of which oppose centralization of these cases—Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRF Holding Company, LLC, and RRI West Management, LLC (collectively, "Red Roof" or the "Red Roof Defendants") do not wish to inundate the Panel with needless additional paper. However, out of an abundance of caution and to avoid any confusion, Red Roof files this Response in Opposition to Plaintiffs' Motion for Transfer of Actions to the Eastern District of Texas (Beaumont Division) Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings (ECF No. 72)—which seeks centralization of cases involving claims against G6 Hospitality, LLC only—to clarify that they also oppose any "brand-specific" MDLs to handle TVPRA claims against hotel defendants. The reasons against instituting brand-specific MDLs are addressed in the Red Roof Defendants' previously filed Response in Opposition.  *See* ECF No. 9 at pp. 16-18.

Dated: February 14, 2024         TUCKER ELLIS LLP

                                 */s/ Chelsea Mikula*
                                 Chelsea Mikula

                                 Attorneys for
                                 Red Roof Inns, Inc.
                                 Red Roof Franchising, LLC
                                 RRF Holding Company, LLC
                                 RRI West Management, LLC