**BEFORE THE UNITED STATES JUDICAL PANEL ON<br>
MULTIDISTRICT LITIGATION**

In re:  Hotel Industry Sex Trafficking Litigation II          MDL Docket No. 3104

---

**NOTICE OF RELATED ACTIONS**

---

Pursuant to Rule 6.2(d) of the Rules of Procedures of the United States judicial Panel on Multidistrict Litigation, the undersigned notifies the Clerk of the Panel of 10 potentially related actions to MDL 3104:

*Jane Doe D.H. v. Scottsdale Inns, LLC.* D AZ 2:23-cv-00759
*Jane Doe S.C. v. The Sheraton, L.L.C.*, NM 1:23-cv-00451
*Jane Doe A.S. v. Wyndham Hotels and Resorts*, N.D. TX 6:23-cv-00033
*Jane Doe T.R.S. vs. Wyndham Hotels and Resorts*, E.D. CA 2:23-cv-01676
*Jane Doe A.R.J. vs. Wyndham Hotels and Resorts, Inc.,* W.D. TX 1:24-cv-00109
*Jane Doe J.N.K. vs. Mahadeva Madison Heights Holdings*, S.D. OH 2:24-cv-00389

The most recent complaints from each case are attached hereto as Exhibits 1-6 respectively.

Dated this 15th day of February, 2024.

/s/ Bryan O. Blevins, Jr.
Bryan O. Blevins, Jr
Provost✶Umphrey Law Firm, L.L.P.
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Texas Bar No.:  02487300
Telephone:   409-838-8858
Facsimile:  409-813-8610
bblevins@pulf.com

*Attorney for the Plaintiffs*