**BEFORE THE UNITED STATES JUDICAL PANEL ON MULTIDISTRICT LITIGATION**

In re:  Hotel Industry Sex Trafficking Litigation II                MDL Docket No. 3104

**SCHEDULE OF ACTIONS**

*Jane Doe D.H. v. Scottsdale Inns, LLC.* D AZ 2:23-cv-00759

*Jane Doe S.C. v. The Sheraton, L.L.C.*, NM 1:23-cv-00451

*jane Doe A.S. v. Wyndham Hotels and Resorts*, N.D. TX 6:23-cv-00033

*Jane Doe T.R.S. vs. Wyndham Hotels and Resorts*, E.D. CA 2:23-cv-01676

*Jane Doe A.R.J. vs. Wyndham Hotels and Resorts, Inc.,* W.D. TX 1:24-cv-00109

*Jane Doe J.N.K. vs. Mahadeva Madison Heights Holdings*, S.D. OH 2:24-cv-00389