# PROOF OF SERVICE

In compliance with rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February _____, 2024. I filed the above document through the CM/ECF system, constituting electronic service upon all parties listed on the cases service list.

### *Jane Doe D.H. v. Scottsdale Inns, LLC.* D AZ 2:23-cv-00759

**Edward Fisher**
Provost & Umphrey Law Firm LLP - Beaumont, TX
350 Pine St., Ste. 1100
Beaumont, TX 77701
409-838-8859
Fax: 409-813-8682
Email: efisher@pulf.com
**Counsel for Plaintiff**

**Patrick Barrett , III**
Provost Umphrey Law Firm - Nashville, TN
4205 Hillsboro Pike, Ste. 303
Nashville, TN 37215
615-297-1932
Email: pbarrett@pulf.com
**Counsel for Plaintiff**

**Richard James Harris**
Richard J Harris & Associates PC
4000 Hickory Fairway Dr.
Woodstock, GA 30188
678-733-1408
Email: rjharrislaw@gmail.com
**Counsel for Plaintiff**

**David Sager**
DLA Piper LLP (US) - Short Hills, NJ
51 John F Kennedy Pkwy., Ste. 120
Short Hills, NJ 07078-2704
973-520-2570
Email: david.sager@us.dlapiper.com
**Counsel for Wyndham Hotels & Resorts Incorporated**

**Kyle Thomas Orne**
DLA Piper LLP (US) - Phoenix, AZ
2525 E Camelback Rd., Ste. 1000
Phoenix, AZ 85016-423
480-606-5100
Fax: 480-606-5101
Email: kyle.orne@dlapiper.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**Counsel for Wyndham Hotels & Resorts Incorporated**

**Mariah Lynette Logan**
Jones Skelton & Hochuli PLC
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
602-263-1700
Email: mlogan@jshfirm.com
**Counsel for Scottsdale Inn LLC, d/b/a Howard Johnson;**
**PRC Investment LLC doing business as Howard Johnson;**
**Parimal Parmar**

**William D Holm**
Jones Skelton & Hochuli PLC
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
602-263-1749
Email: wholm@jshfirm.com
**Counsel for Scottsdale Inn LLC, d/b/a Howard Johnson**
**PRC Investment LLC doing business as Howard Johnson;**
**Parimal Parmar**

*Jane Doe S.C. v. The Sheraton, L.L.C.*, **NM 1:23-cv-00451**

**Edward Fisher**
350 Pine Street, Suite 1100
Beaumont, TX 77701
409-838-8813
Email: efisher@pulf.com
**Counsel for Plaintiff**

**James A. Montalbano**
Youtz & Valdez PC
900 Gold Avenue SW
Albuquerque, NM 87102
505-244-1200
Email: james@youtzvaldez.com
**Counsel for Plaintiff**

**Patrick Barrett**
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
615-463-4000
Email: pbarrett@pulf.com
**Counsel for Plaintiff**

**Stephen Curtice**
Youtz & Valdez, PC
900 Gold Ave SW
Albuquerque, NM 87102
(505) 244-1200
Fax: 505-244-9700
Email: stephen@youtzvaldez.com
**Counsel for Plaintiff**

**Shane C Youtz**
Youtz & Valdez PC
900 Gold Ave. SW
Albuquerque, NM 87102
505-244-1200
Fax: 505-244-9700
Email: shane@youtzvaldez.com
**Counsel for Plaintiff**

**Linda M Vanzi**
Rodey Dickason Sloan Akin & Robb PA
P.O. Box 1888
Albuquerque, NM 87102
505-768-7262
Email: lvanzi@rodey.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC**

**Melanie B Stambaugh**
Rodey Dickason Sloan Akin & Robb PA
PO Box 1888

Albuquerque, NM 87103
505-768-7288
Fax: 505-768-7395
Email: MStambaugh@rodey.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC ;**
**Marriott International, Inc.**

**Noell Sauer Huffmyer**
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 Third St. NW, Ste. 2200
Albuquerque, NM 87102
505-768-7216
Email: nhuffmyer@rodey.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC;**
**Marriott International, Inc.**

**Ellen Dew**
DLA Piper LLC (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202
(410) 580-3000
Fax: (410) 580-3001
Email: ellen.dew@us.dlapiper.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC ;**
**Marriott International, Inc.**

**Michael P. O'Day**
DLA Piper LLC (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202
(410) 580-3000
Fax: (410) 580-3001
Email: michael.oday@us.dlapiper.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC ;**
**Marriott International, Inc.**

**Charlotte A. Lamont**
Miller Stratvert P.A.
500 Marquette N.W.
Suite 1100
Albuquerque, NM 87102
505-842-4723

Fax: 505-243-4408
Email: clamont@mstlaw.com
**Counsel for Louisiana Hotel Corporation**
*doing business as* **Sheraton Albuquerque Uptown**

**Dan A Akenhead**
Miller Stratvert PA
PO Box 25687
Albuquerque, NM 87125
505-842-1950
Fax: 505-243-4408
Email: dakenhead@mstlaw.com
**Counsel for Louisiana Hotel Corporation**
*doing business as* **Sheraton Albuquerque Uptown**

**Laureana A. Larkin**
Miller Stratvert PA
P.O. Box 25687
Albuquerque, NM 87125
505-842-4751
Email: llarkin@mstlaw.com
**Counsel for Louisiana Hotel Corporation**
*doing business as* **Sheraton Albuquerque Uptown**

*Jane Doe A.S. v. Wyndham Hotels and Resorts*, **N.D. TX 6:23-cv-00033**

**Sara J. Fendia**
Fibich Leebron Copeland Briggs
1150 Bissonnet
Houston, TX 77005
713-751-0025
Fax: 713-751-0030
Email: sfendia@fibichlaw.com
**Counsel for Plaintiff**

**Bryan O Blevins , Jr**
Provost & Umphrey
350 Pine Street
Suite 1100
Beaumont, TX 77701
409-835-6000
Email: bblevins@pulf.com
**Counsel for Plaintiff**

**Colin David Moore**
Provost Umphrey Law Firm
PO Box 4905
Beaumont, TX 77701
409-838-8858
Fax: 409-813-8610
Email: cmoore@provostumphrey.com
**Counsel for Plaintiff**

**David E Harris**
Sico Hoelscher Harris LLP
819 N Upper Broadway
Corpus Christi, TX 78401
361-653-3300
Fax: 361-653-3333
Email: dharris@shhlaw.com
**Counsel for Plaintiff**

**Jacqueline Ryall**
Provost Umphrey Law Firm
350 Pine Street, Suite 1100
Beaumont, TX 77701
409-835-6000
**Counsel for Plaintiff**

**Matthew Christopher Matheny**
Provost Umphrey Law Firm LLP
PO Box 4905
Beaumont, TX 77704
409/835-6000
Fax: 409/813-8652
Email: mmatheny@pulf.com
**Counsel for Plaintiff**

**Jason M Hopkins**
DLA Piper
1900 N Pearl Avenue
Suite 2200
Dallas, TX 75201
214-743-4546
Fax: 972-813-6267
Email: jason.hopkins@dlapiper.com
**Counsel for CPLG TX Properties LLC;**
**CPLG TX Properties LLC;**
**BRE/LQ TX GP LLC** ;
**La Quinta Holdings, Inc.**

**La Quinta Management LLC**
**LQ Franchising LLC**

**Christopher Donovan**
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8449
Fax: 713-300-6040
Email: christopher.b.donovan@dlapiper.com
**Counsel for CPLG TX Properties LLC;**
**CPLG TX Properties LLC;**
**BRE/LQ TX GP LLC**

**David S Sager**
DLA Piper LLP US
51 John F Kennedy Parkway
Suite 120
Short Hills, NJ 07078-2704
973-520-2570
Fax: 973-215-2604
Email: david.sager@dlapiper.com
**Counsel for CPLG TX Properties LLC;**
**CPLG TX Properties LLC;**
**BRE/LQ TX GP LLC**

**Andrew J Upton**
Mayer LLP
750 N Saint Paul Street, Suite 700
Dallas, TX 75201
214-379-6269
Fax: 214-379-6939
Email: aupton@mayerllp.com
**Counsel for Pristine Hospitality Inc**

**Trent Wesley Rexing**
Mayer LLP
750 N. Saint Paul Street, Suite 700
Dallas, TX 75201
214 (379) 6923
Fax: (214) 379-6939
Email: trexing@mayerllp.com
**Counsel for Pristine Hospitality Inc**

**Alexis Nicole Del Rio**
Baker Donelson Bearman Caldwell & Berkowitz, PC
5956 Sherry Lane
20th Floor
Dallas, TX 75225
214-827-0864
Email: adelrio@bakerdonelson.com
**Counsel for Choice Hotel International Inc**

**Katriel Chaim Statman**
Baker Donelson Bearman Caldwell & Berkowitz PC
1301 McKinney Street, Suite 3700
Houston, TX 77010
713-650-9700
Fax: 713-650-9701
Email: kstatman@bakerdonelson.com
**Counsel for Choice Hotel International Inc**

**Sara M Turner**
Baker Donelson
1901 Sixth Avenue North
Suite 2600
Birmingham, AL 35203
205-250-8316
Fax: 205-488-3716
Email: smturner@bakerdonelson.com
**Counsel for Choice Hotel International Inc**


*<u>Jane Doe T.R.S. vs. Wyndham Hotels and Resorts</u>*<u>, E.D. CA 2:23-cv-01676</u>

**Christopher Moze Cowper**
Cowper Law LLP
12301 Wilshire Boulevard
Suite 303
Los Angeles, CA 90025
877-529-3707
Fax: 877-284-0980
Email: mcowper@cowperlaw.com
**Counsel for Plaintiff**

**Edward Fisher , PHV**
Email: efisher@pulf.com
**Counsel for Plaintiff**

**Patrick Barrett , PHV**
Email: pbarrett@pulf.com
**Counsel for Plaintiff**

**David S. Sager , PHV**
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Ste 120
Short Hills, NJ 07078
973-520-2570
Email: david.sager@dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Gregory George Sperla**
DLA Piper LLP (US)
555 Mission Street
Suite 2400
San Francisco, CA 94105-2933
415-836-2500
Email: greg.sperla@us.dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Melissa A. Reinckens**
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
619-699-2798
Fax: 619-764-6624
Email: melissa.reinckens@us.dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Virginia Weeks , PHV**
Email: virginia.weeks@us.dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Brian H. Gunn**
Wolfe & Wyman LLP
980 9th Street
Suite 2350
Sacramento, CA 95814-2716
916-912-4700
Fax: 916-329-8905
Email: bhgunn@wolfewyman.com

**Counsel for Vitarag Hospitality, Inc.**

**Jessica B. Coffield**
Wolfe & Wyman LLP
980 9th St.
Suite 1750
Sacramento, CA 95814
916-912-4700
Fax: 916-329-8905
Email: JBCoffield@ww.law
**Counsel for Vitarag Hospitality, Inc.**

**Ellen E. Dew , PHV**
DLA Piper LLP US
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@dlapiper.com
**Counsel for Marriott International, Inc.**
**Doing business as Courtyard by Marriott San Jose Campbell**


**Michael P. O'Day , PHV**
DLA Piper LLP (US)
650 S. Exeter Street
Suite 1100
Baltimore, MD 21202-4576
410-580-4293
Fax: 410-580-3293
**Email: michael.oday@us.dlapiper.com**
**Counsel for Marriott International, Inc.**
**Doing business as Courtyard by Marriott San Jose Campbell**

**Amanda L. Morgan**
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
415-836-2500
Email: amanda.morgan@dlapiper.com
**Counsel for Marriott International, Inc.**
**Doing business as Courtyard by Marriott San Jose Campbell**

***Jane Doe A.R.J. vs. Wyndham Hotels and Resorts, Inc.*, W.D. TX 1:24-cv-00109**

**Bryan O. Blevins , Jr.**
Provost & Umphrey
350 Pine Street
Suite 1100
Beaumont, TX 77701
409-835-6000
Email: bblevins@pulf.com
**Counsel for Plaintiff**

**Kelley Bogusevic**
Fibich Leebron Copeland Briggs
1150 Bissonnet Street
Houston, TX 77005
**Counsel for Plaintiff**

**Kenneth T. Fibich**
Fibich Lebbron Copeland Briggs
1150 Bissonnet
Houston, TX 77005
(713)751-0025
Fax: (713) 751-0030
Email: tfibich@fibichlaw.com
**Counsel for Plaintiff**

**Matt Matheny**
Provost Umphrey Law Firm
350 Pine Street
Ste. 1100
Beaumont, TX 77701
**Counsel for Plaintiff**

**Sara J. Fendia**
Fibich, Hampton, Leebron & Garth, L.L.P.
1401 McKinney
Suite 1800
Houston, TX 77010-9998
(713) 751-0025
Fax: 713/751-0030
**Counsel for Plaintiff**

**Colin D. Moore**

Provost Umphrey Law Firm, L.L.P.
350 Pine Street, Suite 1100
Beaumont, TX 77701
409-835-6000
Email: cmoore@provostumphrey.com
**Counsel for Plaintiff**

**Wyndham Hotels & Resorts, Inc.**
*formerly known as* Wyndham Worldwide Corporation
*doing business as* Super 8 Hotel

**Wyndham Hotel Group, LLC**

**Akshar Krupa, L.L.C.**
*doing business as* A Super 8

**Super 8 Worldwide, Inc**

<u>*Jane Doe J.N.K. vs. Mahadeva Madison Heights Holdings*, S.D. OH 2:24-cv-00389</u>

**George Demetrios Jonson**
Montgomery Jonson
600 Vine Street, Suite 2650
Cincinnati, OH 45202
513-768-5220
Fax: 513-768-9244
Email: gjonson@mojolaw.com
**Counsel for Plaintiff**

**Bryan O. Blevins , Jr.**
Provost & Umphrey
350 Pine Street, Suite 1100
Beaumont, TX 77701
409-835-6000
Email: bblevins@pulf.com
**Counsel for Plaintiff**

**Colin David Moore**
Provost Umphrey Law Firm LLP
350 Pine Street, Ste 1100
Beaumont, TX 77701
409-835-6000

Fax: 409-813-8625
Email: cmoore@pulf.com
**Counsel for Plaintiff**

**Guy G. Fisher**
Provost Umphrey Law Firm LLP
350 Pine Street, Suite 1100
Beaumont, TX 77701
(409) 835-6000
Fax: (409) 813-8625
Email: gfisher@pulf.com
**Counsel for Plaintiff**

**Kelley Bogusevic**
Fibich, Leebron, Copeland & Briggs
1150 Bissonnet Street
Houston, TX 77005
713-751-0025
Fax: 713-751-0030
Email: kbogusevic@fibichlaw.com
**Counsel for Plaintiff**

**Kenneth T Fibich**
Fibich Leebron Copeland Briggs
1150 Bissonnet
Houston, TX 77005
713-751-0025
Fax: 713-751-0030
Email: tfibich@fibichlaw.com
**Counsel for Plaintiff**

**Lisa Marie Zaring**
Montgomery Jonson LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202-4452
513-768-5207
Fax: 513-768-9244
Email: lzaring@mojolaw.com
**Counsel for Plaintiff**

**Matthew Christopher Matheny**
Provost Umphrey Law Firm LLP

350 Pine Street, Ste 1100
Beaumont, TX 77701
409-835-6000
Fax: 409-813-8625
Email: mmatheny@pulf.com
**Counsel for Plaintiff**

**Sara J Fendia**
1150 Bissonnet Street
Houston, TX 77005
713-751-0025
Fax: 713-751-0030
Email: sfendia@fibichlaw.com
**Counsel for Plaintiff**

**Chelsea R. Mikula**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com
**Counsel for Red Roof Inns, Inc.;**
**RRF Holding Company, LLC;**
**RRI West Management, LLC;**
**Red Roof Franchising, LLC**

**Elisabeth Catherine Arko**
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com
**Counsel for Red Roof Inns, Inc.;**
**RRF Holding Company, LLC;**
**RRI West Management, LLC;**
**Red Roof Franchising, LLC.**

**Emily Rose Grace**
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113

216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for Red Roof Inns, Inc.;**
**RRF Holding Company, LLC;**
**RRI West Management, LLC;**
**Red Roof Franchising, LLC**

**Dated:**  This 15th  day of February, 2024

/s/ Bryan O. Blevins, Jr.
Bryan O. Blevins, Jr
Provost✵Umphrey Law Firm, L.L.P.
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Texas Bar No.:  02487300
Telephone:   409-838-8858
Facsimile:  409-813-8610
bblevins@pulf.com

***Attorney for the Plaintiffs***