**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: Hotel Industry Sex Trafficking Litigation (II)** | **MDL NO. 3104** |

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify on the 1pth day of February, 2024 Defendant Aesha's Response in Opposition to Plaintiff's Motion to Transfer (ECF No. 91) and the Notice of Appearance of Brendan P. Doherty (Doc 105) were served on counsel of record through the Court's electronic filing system, and copies were served via Certified Mail, RRR to:

Pat Servicing, LLC
c/o Incorp Services, Inc.
815 Brazos, Suite 500
Austin, Texas 78701

        Respectfully submitted,

        */s/ Brendan P. Doherty*
        ERNEST P. GIEGER, JR.
        Texas Bar. No. 24054169
        BRENDAN P. DOHERTY
        Texas Bar No. 24075923
        Email:   bdoherty@glllaw.com
        CARLA LASSABE
        Texas Bar No. 24109267
        Email: classabe@glllaw.com
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        5151 San Felipe, Suite 750
        Houston, Texas 77056
        Telephone: (832) 255-6000
        Facsimile: (832) 255-6001